# United States District Court
## CRIMINAL MINUTES - GENERAL

Case # __5:16cr28-RH__                                            Date __April 27, 2017__

DOCKET ENTRY:   Suppression Hearing Held                     8:31 - 9:29 am

   Ruling by Court: Motion to Suppress is DENIED.  Jury trial is set for June 19, 2017.

PRESENT:  HONORABLE __ROBERT L. HINKLE__, UNITED STATES DISTRICT JUDGE

| Elizabeth Lawrence | | Judy Gagnon | Jeffrey Tharp |
|---|---|---|---|
| Deputy Clerk | USPO | Court Reporter | Asst. U.S. Attorney |

U.S.A. v. (Defendant Listed Below)                    Attorney For Defendant

 MICHAEL RAY ALFORD                                    Jonathan Dingus
 X  Present  X  Custody   Bond   O/R              X  Apptd.   Retained   X  present

PROCEEDINGS:   Suppression Hearing Held

- 8:31  Court in session
- 8:32  Ruling by Court: The exhibits that have already been filed in the record are admitted
- 8:32  Government witness:
    Stephen Murphy - sworn, direct (Tharp)
- 8:40  Cross examine by Defense (Dingus)
- 8:55  Court questions witness
- 8:58  Defense (Dingus) follows up on Court's questions
- 9:00  Defense (Dingus) argues Motion to Suppress
- 9:10  Government rests on submitted papers
- 9:11  Ruling by Court: Motion to Suppress is DENIED.  Jury trial is set for June 19, 2017.
- 9:29  Court adjourned

Initials of Clerk: **ERL**