IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 5:16cr28-RH

MICHAEL RAY ALFORD,

    Defendant.
_____/

## ORDER DENYING THE MOTION TO SUPPRESS

For the reasons set out on the record of the hearing on April 27, 2017, the motion to suppress, ECF Nos. 28 and 44, is denied.

SO ORDERED on May 1, 2017.

                                            s/Robert L. Hinkle
                                            United States District Judge