**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

UNITED STATES OF AMERICA,

v. CASE NO. 5:16cr28-RH

MICHAEL RAY ALFORD,

Defendant.

_________________________________/

**VERDICT**

WE THE JURY unanimously return the following verdict:

1. On count one, knowingly receiving or attempting to receive child pornography, we find the defendant MICHAEL RAY ALFORD:

GUILTY X NOT GUILTY _____

2. On count two, knowingly possessing child pornography, we find the defendant MICHAEL RAY ALFORD:

GUILTY X NOT GUILTY _____

FILED IN OPEN COURT THIS

6/20/17

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

*Please answer questions 2(a) and 2(b) only if your answer to question 2 is guilty.*

2(a). Did any picture that was a basis of the guilty verdict on count two show a prepubescent minor engaged in sexually explicit conduct?

YES X NO ____

2(b). Did any picture that was a basis of the guilty verdict on count two show a child under age 12?

YES X NO ____

SO SAY WE ALL on June 20, 2017, in Panama City, Florida.

REDACTED

Foreperson